```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
             IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9

10
    IN THE MATTER OF THE         )  NO. 1:12-SW-00116 DLB
11  SEARCH OF:                   )
                                 )  ORDER TO UNSEAL SEARCH
12  INFORMATION ASSOCIATED WITH  )  WARRANT AFFIDAVIT AND SEARCH
    THE SEARCH OF EMAIL ACCOUNTS )  WARRANT
13  STORED AT PREMISES CONTROLLED)
    BY YAHOO! INC.               )
14                               )
                                 )
15  _____)

16

17       The search warrant affidavit in this case having been

18  sealed by Order of this Court on May 24, 2012, and it appearing

19  that the affidavit and search warrant are not required to

20  remain secret, based upon the motion submitted by the

21  government,

22       IT IS HEREBY ORDERED that the search warrant affidavit and

23  search warrant be unsealed and made public record.

24  Dated: October 16, 2012

25                                  /s/ Sheila K. Oberto
26                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
27

28

                                1
```

FILED
OCT 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK